UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-63081-CIV-SMITH/VALLE

PATRICIA KENNEDY,

    Plaintiff,

vs.

AP2 CEDARTOWN, LLC,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 27], in which the Magistrate Judge recommends granting in part Plaintiff's Motion for Attorney Fees, Costs, Expert Fees and Litigation Expenses [DE 25]. No objections have been filed to the Report and Recommendation. Having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

**ORDERED** that

1. The Report and Recommendation to District Judge [DE 27] is **AFFIRMED and ADOPTED** and incorporated herein.

2. Plaintiff's Motion for Attorney Fees, Costs, Expert Fees and Litigation Expenses [DE 25] is **GRANTED in part and DENIED in part**:

    a) Plaintiff is awarded $4,340.00 in attorney's fees and

    b) Plaintiff is awarded $1,130.00 in costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of December, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record